IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| HARDY STORAGE COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 2:07-cv-5 |
| ) | |
| v. ) | Honorable Irene M. Keeley |
| ) | |
| PROPERTY INTERESTS NECESSARY TO ) | Electronically Filed |
| CONDUCT GAS STORAGE OPERATIONS IN ) | |
| THE ORISKANY SANDSTONE ) | |
| SUBTERRANEAN GEOLOGICAL ) | |
| FORMATION BENEATH PROPERTIES ) | |
| LOCATED IN HARDY AND HAMPSHIRE ) | |
| COUNTIES, et al., ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER OF DISMISSAL

The plaintiff, Hardy Storage Company, LLC ("Hardy"), and the defendants, Roger M. and Sue Turner agree to the entry of the following consent order.

Roger M. and Sue Turner, the owners of the property containing 87.33 acres, situate in Lost River District, Hardy County, West Virginia, being Tax Map 386 Parcel 5, on the date of the condemnation, January 19, 2007, and on the date when access was granted to the property taken, April 1, 2007, have reached agreement with Hardy as to the amount of just compensation due for the exclusive easement to use the Oriskany formation for the injection, storage and removal of natural gas as more fully described in the Complaint in this Action. Roger M. and Sue Turner subsequently sold the property to Glen W. Turner and Sandra L. Turner, but because Roger M. and Sue Turner owned the property in question on the date the condemnation was commenced and on the date that Hardy took possession, they are the parties entitled to receive just compensation. See United States v. Dow, 357 U.S. 17, 20 (1958).

This Order may be recorded as evidence of Hardy's ownership of those rights. Having reached agreement on all issues, Hardy dismisses its claims as to Roger M. and Sue Turner.

Dated: *January 22, 2008*                    *Irene M. Keeley*
                                                                         U.S. District Judge Irene M. Keeley

### DECLARATION OF CONSIDERATION OR VALUE

I hereby declare the total consideration paid for the property conveyed by the document to which this declaration is appended is $6500.00.

Given under my hand this __9__ day of __January__, 200__8__.

*Sue Turner*
Sue Turner

*Roger M. Turner*
Roger M. Turner

Both at __P.O. Box 625__ (address).
__Fulks Run, VA 22830__

CONSENTED TO BY:

*Sue Turner*
Sue Turner

*Roger M. Turner*
Roger M. Turner

Dated: __1-9-08__                                              *Kevin C. Abbott*
                                                                         Kevin C. Abbott
                                                                         WV I.D. No. 7379

                                                                         Reed Smith LLP
                                                                         435 Sixth Avenue
                                                                         Pittsburgh, PA  15219
                                                                         (412) 288-3804

                                                                         Counsel for Plaintiff